UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JONATHAN OVERMYER, | ) | CASE NO. 16-8223 |
| | ) | |
| | ) | |
| Debtor(s) | ) | Judge Thomas M. Lynch |

## FINAL PRETRIAL ORDER

The following terms shall govern the future course of this proceeding. **FAILURE TO COMPLY WITH THE PROVISIONS OF THIS ORDER MAY RESULT IN WAIVER OF CLAIMS OR DEFENSES, DISMISSAL, DEFAULT, EXCLUSION OR ADMISSION OF EVEIDENCE OR OTHER SANCTION, AS JUSTICE MAY REQUIRE.**

UPON DUE NOTICE, the Court having held a Final Pretrial Conference on ____N/A_____ at which time all parties of record and their counsel appeared, all parties being afforded due and sufficient opportunity to present all matters necessary for the Court⌀s consideration, and the Court being further advised in the premises;

IT IS HEREBY ORDERED that trial of all remaining controversies, disputes, claims and issues in the above captioned proceeding shall be held and conducted as follows:

1. Continuances.  No Continuance of the trial date or other relief from this Final Pretrial Order will be granted except for good cause shown.

2. Discovery.  Discovery is closed.

3. Pleadings and Dispositive Motions.  No party having requested leave to further plead or amend, the time to amend the pleadings is closed.  No party having filed or requested leave to file potentially dispositive motions, the time to do so also is closed.

4. Exhibits.  On or before **May 16, 2017** the parties shall exchange with one another all exhibits that they anticipate offering into evidence.  No other exhibits may be introduced at trial, except for rebuttal purposes.

5. <u>Witnesses.</u> On or before **May 16, 2017**, the parties shall identify to one another all persons whose testimony they anticipate presenting at trial.  The disclosure shall identify expert witnesses if any, and the subject of the proposed expert testimony and expert report.  No other witness will be permitted to testify, except for rebuttal witnesses.

6. <u>Motions in Limine.</u>  All motion in limine and supporting memoranda, if any, shall be served on the parties no later than two weeks before the deadline for filing Pretrial Statements ("Final Filing Date," see ¶8.)  All motions in limine and any written responses must be filed by the Final Filing Date.

7. <u>Stipulations.</u>  On or before the Final Filing Date the parties shall jointly file their Stipulations setting forth the agreed facts in numbered paragraphs.

8. <u>Pretrial Statement.</u>  On or before _____N/A_____(the "Final Filing Date"). each party shall file a brief Pretrial Statement containing: (i) its statement as to the Court's jurisdiction to hear and enter final judgment in this matter, (ii) its statement of disputed facts; and (iii) any objection it may have to the proposed witnesses or the authenticity or admissibility of any proposed exhibit.  **Objections to exhibits not raised in the Pretrial Statement are hereby deemed waived.**

9. <u>Trial.</u>  After discussion with the parties, the Court has determined that a total of _____ hours will be allotted for the trial of this matter.  **This matter is set for trial to begin at 11:00 a.m. on May 19, 2017 , at the Stanley J. Roszkowski United States Courthouse, 327 South Church Street, Rockford, Illinois, Courtroom 3100.**

Date:

ENTER:

_____
Thomas M. Lynch
United States Bankruptcy Judge

2